IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-CV-1092-D

| | |
|---|---|
| FARM FRESH PRODUCE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARDINAL FOODS DE, INC., )<br>CARDINAL FOODS, LLC, )<br>and CORY T. BARNHILL, )<br>)<br>Defendants. ) | **ORDER** |

On December 17, 2024, plaintiff's counsel moved to reset the preliminary injunction hearing that he requested and asked to appear by zoom on either December 26 or 27, 2024. See [D.E. 13]. Plaintiff requested the preliminary injunction hearing and never described dates its out-of-state counsel was not available. Plaintiff SHALL retain local counsel who can appear at the hearing plaintiff requested. See Local Civ. R. 83.1(e)(1). Plaintiff's motion to continue and to appear by zoom [D.E 13] is DENIED.

SO ORDERED. This 17 day of December, 2024.

JAMES C. DEVER III
United States District Judge