UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FARM FRESH PRODUCE, INC.,

    Plaintiffs,

v.

CARDINAL FOODS DE, LLC, *et al.*,

    Defendants

C.A. NO.: 7:24-cv-01092-D-RJ

## ORDER ON PLAINTIFF'S MOTION FOR PARTIAL RECONSIDERATION OF ORDER

THIS CAUSE came before the Court on Plaintiff's Motion for Partial Reconsideration of Order [D.E. 14] and for good cause shown, it is hereby ORDERED that the motion is GRANTED.

Plaintiff's counsel is allowed to appear at the December 20, 2024, preliminary injunction hearing without the need to employ additional, local counsel admitted to the bar of this Court.

SO ORDERED. This _18_ day of December, 2024.

                                              _/s/ Dever_
                                         JAMES C. DEVER III
                                         United States District Judge